IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DORIS M. JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:11-cv-04092 |
| | § | |
| TEXAS SOUTHERN UNIVERSITY, | § | |
| SUNNY E. OHIA, BARBARA E. HAYES, | § | |
| INYANG N. OSEMENE, and CYRIL V. | § | |
| ABOBO, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR 60-DAY STAY

The unopposed motion made in behalf of Plaintiff Doris M. Jackson is granted.

ORDERED that this action is stayed for a period of 60 days from the date of this order, or until the stay is vacated by further order of this court.

ORDERED that the motion presently pending in this case be calendared for submission 20 days after the expiration or vacating of the stay.

SIGNED at Houston, Texas, this 26th day of March, 2013.

Melinda Harmon
United States District Judge